# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

## NOTICE OF DOCUMENTS NOT FILED IN RECORD

### CIVIL NO. 03 CV 495

### EARNESTINE OBY

### VERSUS

### BATON ROUGE MARRIOT ET AL

### ATTACHMENTS TO

### MOTION FOR SUMMARY JUDGMENT

**FILED ON 4/29/04 IN THE ABOVE CAPTIONED CASE HAVE BEEN PLACED BEHIND THE RECORD**

S. HAWKINS
DEPUTY CLERK

| INITIALS | DOCKET# |
|---|---|
| SH | 36 |